Criminal Std (8/10/2021)

HONORABLE: Robert M. Spector    DEPUTYCLERK T. Murphy    RPTR/ECRO/FTR FTR
USPO K. Rubiano    INTERPRETER _____    LANGUAGE _____
DATE: 11/5/2021    START TIME: 3:58 pm    END TIME: 4:13 pm
TOTAL TIME: ___ hours  15 minutes

## COURTROOM MINUTES

☑ IA-INITIAL APPEAR  5    ☐ BOND HRG ___    ☐ CHANGE OF PLEA ___    ☐ IN CAMERA HRG ___
☐ IA- RULE 5 ___    ☑ DETENTION HRG  5    ☐ WAIVER/ PLEA HRG ___    ☐ COMPETENCY HRG ___
☐ ARRAIGNMENT ___    ☐ PROBABLE CAUSE ___    ☐ EXTRADITION HRG ___    ☐ FORFEITURE ___
☐ CONFLICT HRG ___    ☐ EVIDENTIARY HRG ___    ☐ STATUS CONF ___    ☑ MOTION HRG  5

CRIMINAL NO. 3:21-mj-1072    DEFT # 1    Reed Durham
                                          USA

**UNITED STATES OF AMERICA**
          vs                              Frank O' Reilly
**Shavarius Smith**                       Counsel for Defendant Ret ☐   CJA ☑   PDA ☐

---

☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☑ ☑ Arrest/Self-Surrender   ☐ Case unsealed or   ☐ Rule 5 arrest, ___   Dist of ___
☑ CJA 23 Financial Affidavit filed   ☑ under seal   Due on 11/19/2021
☐ Order Appointing Federal Public Defender's Office filed
☑ Court appoints Attorney  Frank O'Reilly  to represent defendant for ☐ this proceeding only  ☑ all proceedings
☐ Appearance of ___ filed
☐ ☐ Complaint filed   ☐ Sealed Complaint filed   ☐ Affidavit filed
☐ ☐ Information/Misdemeanor filed   ☐ Sealed Information filed
☐ ☐ Waiver of Indictment (case opening) filed   ☐ Felony Information filed
☐ ☐ Waiver of Indictment (mid case) filed   ☐ Superseding Information filed
☑ Oral Brady order entered and paper order to issue
☐ Plea Agreement Ltr filed   ☐ under seal   ☐ to be e-filed
☐ Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ___ of the ___
☐ Petition to Enter Guilty Plea filed
☐ Defendant motions due ___ ; Government responses due ___
☐ Scheduling Order   ☐ filed   ☐ to be filed   ☐ Sentencing Scheduling Order
☐ Hearing on Pending Motions scheduled for ___ at ___
☐ Jury Selection set for ___ at ___
☐ Remaining Count(s) to be dismissed at sentencing
☐ Sentencing set for ___ at ___   ☐ Probation 246B Order for PSI & Report
☐ Special Assessment of $___ on count(s) ___. Total $___   ☐ Due immediately   ☐ Pay at sentencing
☑ Govt's Motion for Pretrial Detention filed   ☑ GRANTED   ☐ DENIED   ☐ ADVISEMENT
☐ Govt's ORAL Motion for Pretrial Detention   ☐ GRANTED   ☐ DENIED   ☐ ADVISEMENT
☑ Order of Detention filed
☐ Deft ordered removed/ committed to originating / another District of ___
☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ Waiver of Rule 5 Hearing filed
☐ Govt's Motion for waiver of 10-day notice ☐ GRANTED   ☐ DENIED   ☐ ADVISEMENT
☐ Bond   ☐ set at $___   ☐ reduced to $___   ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ Defendant detained
☑ Probable Cause ___ Hearing ☐ waived ☑ set for 11/19/2021 at 9:30AM   ☐ continued until ___
☐ Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings
The defendant knowingly and willingly waives his right to be physically present in a courtroom and consents to proceed by video- Cares Act.